NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PEI-HERNG HOR,**
*Plaintiff - Cross-Appellant*

v.

**CHING-WU "PAUL" CHU,**
*Defendant - Appellee*

v.

**RULING MENG,**
*Movant - Appellant*

---

14-1746

---

Appeal from the United States District Court for the Southern District of Texas in case no. 4:08-cv-03584 United States District Judge Keith P. Ellison

---

ON MOTION

## O R D E R

Upon consideration of the Cross-Appellant's, Pei-Herng Hor, and the appellant's, Ruling Meng joint unopposed motion to extend time to file their principal briefs until April 27, 2015,

IT IS ORDERED THAT:

The motion is granted.

                              FOR THE COURT

April 8, 2015                /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court

cc: Joe W. Beverly
Ashley M. Brown
Lester L. Hewitt
Brent C. Perry
Rehan M. Safiullah